JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTER LIFE HOLDINGS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>RADNOR SPECIALTY INSURANCE COMPANY, a Nebraska corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-02961-MCS-AGR<br><br>[PROPOSED] JUDGMENT FOLLOWING ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68<br><br>[Filed concurrently with Notice of Acceptance of Offer of Judgment] |

WHEREAS, Plaintiff Better Life Holdings, LLC ("Better Life") brought the instant action in Los Angeles County Superior Court against Defendant Radnor Specialty Insurance Company ("Radnor") alleging breach of the insurance contract, bad faith, and related claims;

WHEREAS, on May 3, 2022, Radnor removed the instant action to this Court;

WHEREAS, on September 28, 2022, Radnor served an offer of judgment pursuant to Fed. R. Civ. P. Rule 68 on Better Life (the "Offer of Judgment");

WHEREAS, on October 10, 2022, Better Life served a notice of acceptance of the Offer of Judgment on Radnor;

WHEREAS, on October 25, 2022, Radnor filed and served a Notice to the Court of Acceptance of the Offer of Judgment (Dkt. No. 18);

WHEREAS, the Court has jurisdiction over the subject matter of this action, Better Life, Radnor, and the Offer of Judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED AS FOLLOWS:

1. Judgment shall enter in favor of Better Life, against Radnor, pursuant to the Offer of Judgment, in the sum of thirty thousand United States Dollars ($30,000.00), which is the total amount that Radnor shall be obligated to pay on account of any liability claimed in the instant action, and which includes any liability for costs of suit and attorney's fees.

2. This Judgment pursuant to the Offer of Judgment completely resolves this civil action between Better Life and Radnor.

3. Pursuant to Fed. R. Civ. P. 69, this Court retains exclusive jurisdiction to enforce the Judgment herein.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: October 26, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE